RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Katherine_Tanaka@fd.org

Attorney for Michael Allan Nosker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:20-mj-00360-EJY |
| Plaintiff, | **STIPULATION TO CLOSE CASE** |
| v. | |
| MICHAEL ALLAN NOSKER | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Acting United States

Attorney Christopher Chiou and Special Assistant United States Attorney Rachel L. Kent,

counsel for the United States of America, and Federal Public Defender Rene L. Valladares

and Assistant Federal Defender Katherine Tanaka, counsel for Michael Allan Nosker, that the

case closed.

This Stipulation is entered into for the following reasons:

1.      On September 30, 2020, Mr. Nosker pled guilty to the charge of Operating a Motor

Vehicle while under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1). ECF No.

10.  And was sentenced to one year of unsupervised probation with the following conditions

requiring Mr. Nosker (1) pay $500.00 Fine and $10 Assessment; (2) to complete 8 hours

alcohol awareness class; (3) to complete the DUI Course with VIP; (4) not to violate any

1    local, state, or federal laws. Defendant is restricted from the Lake Mead NRA for a period of

2    six (6) months. The remaining charges were dismissed.

3         2.    Defendant has successfully completed the conditions.  Defendant has

4    completed a DUI and VIP course, 8 hours alcohol awareness class and has reported he has not

5    violated any local, state, or federal laws and that he did not enter the Lake Mead National

6    Recreation from September 2020 to March 2021.

7         3.    The Government is satisfied Defendant has completed the conditions of his

8    sentencing.

9         4.    Because Defendant has successfully completed the terms of his sentencing, the

10   parties request the Court that the case be closed.

11        DATE:  April 16, 2021

12

13   RENE L. VALLADARES                      CHRISTOPHER CHIOU
     Federal Public Defender                 Acting United States Attorney

14

15   By /s/ *Katherine Tanaka*               By /s/ *Rachel L. Kent*

16   KATHERINE TANAKA                        RACHEL L. KENT
     Assistant Federal Public Defender       Special Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MICHAEL ALLAN NOSKER

        Defendant.

Case No. 2:20-mj-00360-EJY

~~[PROPOSED]~~ **ORDER**

**ORDER**

    Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of his sentencing.

    IT IS THEREFORE ORDERED that the case is closed.

    DATED this 19th day of April 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3